# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **SHELA M. BLACKWELL and JO ANN BATTIESTE**, on behalf of the Sta-Home Health & Hospice, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**BANKERS TRUST COMPANY OF SOUTH DAKOTA**, a South Dakota Limited Liability Corporation,<br><br>    Defendant. | Case No. 3:18-cv-141-CWR-FKB |

## JOINT MOTION FOR ENTRY OF AGREED ADDENDUM TO PROTECTIVE ORDER

  The parties in this action jointly move this Court to enter an agreed addendum to the Protective Order that was entered on August 28, 2018 (Dkt. 32). The proposed addendum is attached as Exhibit A to this motion.

Dated: August 5, 2020

<div style="display: flex;">

<div>

/s/ __Gregory Porter_____
  Gregory Y. Porter (admitted *pro hac vice)*
  Ryan T. Jenny (admitted *pro hac vice)*
  Patrick Muench (admitted *pro hac vice*)
  BAILEY & GLASSER LLP
  1055 Thomas Jefferson Street, NW
  Suite 540
  Washington, DC 20007
  Tel:   (202) 463-2101
  Fax:  (202) 463-2103
  Email:  gporter@baileyglasser.com
          rjenny@baileyglasser.com
          pmuench@baileyglasser.com

  W. Eric Stracener
  W. Andrew Neely
  STRACENER & NEELY PLLC
  304 N. Congress St.
  Jackson, MS 39201
  Tel:   (601) 206-0885
  Fax:  (601) 500-5305
  Email: eric@sn-law.net
         andrew@sn-law.net

*Counsel for Plaintiffs*

</div>

<div>

/s/ ___Lars Golumbic_____
Lars C. Golumbic (admitted *pro hac vice)*
Sarah M. Adams (admitted *pro hac vice)*
Ross McSweeney (admitted *pro hac vice)*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW
Washington, DC 20006
Tel:   (202) 861-6615
Fax:  (202) 659-4503
Email:  lgolumbic@groom.com
         sadams@groom.com
         rmcsweeney@groom.com

Armin J. Moeller
BALCH & BINGHAM LLP
188 Capitol Street, Suite 1400
Jackson, MS 39201
Tel:   (601) 965-8156
Fax:  (888) 594-5405
Email: amoeller@balch.com

*Counsel for Defendant*

</div>

</div>

## Certificate of Service

I hereby certify that on August 5, 2020, I electronically filed the foregoing JOINT MOTION FOR ENTRY OF AGREED ADDENDUM TO PROTECTIVE ORDER with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ __Patrick Muench_____