# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **SHELA M. BLACKWELL and JO ANN BATTIESTE, on behalf of the Sta-Home Health & Hospice, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,** | |
| **Plaintiffs,** | **Case No. 3:18-cv-141-CWR-FKB** |
| **v.** | |
| **BANKERS TRUST COMPANY OF SOUTH DAKOTA,  a South Dakota Limited Liability Corporation,** | |
| **Defendant.** | |

## AGREED ADDENDUM TO STIPULATED PROTECTIVE ORDER (Dkt. 32)

Plaintiffs Shela M. Blackwell and Jo Ann Battieste, Defendant Bankers

Trust Company of South Dakota, and the undersigned third-party subpoena

recipient, Monroe Capital, LLC (collectively the "Parties"), by and through their

undersigned counsel, hereby agree that all materials produced or adduced from

Monroe Capital, LLC in this action shall be subject to the terms of the Stipulated

Protective Order dated August 28, 2018 ("Protective Order") (Dkt. 32), including, in

particular, the provisions governing the designation of production materials and

deposition testimony as "Confidential."

WHEREFORE, pursuant to the agreement of the Parties, it is hereby

**ORDERED** that the Protective Order (Dkt. 32) is amended to incorporate this

Addendum.

**SO ORDERED**, this _____ day of _____, 2020.

/s/_____
UNITED STATES MAGISTRATE JUDGE


**AGREED BY AND BETWEEN:**

**MONROE CAPITAL, LLC**

*/s/ Thomas Cronin*
Thomas C. Cronin
Cronin & Co., Ltd.
120 North LaSalle Street
20th Floor
Chicago, Illinois 60602
Telephone: (312) 500-2100
E-mail: tcc@cronincoltd.com
*Attorney for Monroe Capital, LLC*


**BAILEY & GLASSER LLP**

/s/ *Gregory Porter*
1055 Thomas Jefferson Street, NW
Washington, DC 20007
Telephone: (202) 463-2101
gporter@baileyglasser.com
*Attorneys for Plaintiffs*

**GROOM LAW GROUP, CHARTERED**

*/s/ Lars Golumbic*
1701 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202-861-6615
lgolumbic@groom.com
*Attorneys for Defendant*